IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

LAUREL L. SCHUBERT,

      Plaintiff,

v.                                                   Case No. 1:07-CV-00159

ADT SECURITY SERVICES, INC.

      Defendant.

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Charles C. Eblen, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: *December 21, 2007*

                                                                        *Irene M. Keeley*
                                                                    United States District Judge