```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**LAUREL L. SCHUBERT**

    **Plaintiff,**

**v.**                  //    **CIVIL ACTION NO. 1:07CV159**
                                          **(Judge Keeley)**

**ADT SECURITY SERVICES, INC.,**

    **Defendant.**

## ORDER RESCHEDULING SCHEDULING CONFERENCE

For reasons appearing to the Court, the scheduling conference previously set for **January 25, 2008 at 1:00 p.m.**, is **RESCHEDULED** for **January 24, 2008 at 4:00 p.m.** at the **Clarksburg, West Virginia**, point of holding court. Counsel may appear by telephone. If the scheduling conference is to be by telephone, the Court directs lead counsel for the plaintiff to initiate the call to **(304)624-5850**. Counsel for defendant shall notify plaintiff's counsel no later than 2:00 p.m. on January 23, 2008 of the number where they may be reached at the time of the call.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: January 15, 2008.

                                              /s/ Irene M. Keeley
                                              IRENE M. KEELEY
                                              UNITED STATES DISTRICT JUDGE