```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**LAUREL L. SCHUBERT**

    **Plaintiff,**

**v.**  //  **CIVIL ACTION NO. 1:07CV159**
                                          (Judge Keeley)

**ADT SECURITY SERVICES, INC.,**

    **Defendant.**

### ORDER DENYING MOTION TO STRIKE AS MOOT
### AND CANCELING SCHEDULING CONFERENCE

On November 13, 2007, the plaintiff, by counsel, filed a motion to strike certain language from the defendant's answer. Subsequently, on November 16, 2007, the defendant amended its answer, removing the allegedly objectionable language. Consequently, the Court **DENIES** the motion **AS MOOT** (dkt. no. 4).

For reasons appearing to the Court, the scheduling conference currently scheduled for **January 24, 2008** at **4:00 p.m.** is **CANCELED**. The Court will prepare and enter an order containing a table of dates and deadlines to govern this case.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: January 24, 2008.

                                              /s/ Irene M. Keeley
                                              IRENE M. KEELEY
                                              UNITED STATES DISTRICT JUDGE